161 A.3d 789

Debora A. STUBITS, Administratrix of the
Estate of Richard F. Dombrowski

v.

GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC Erie
Western Reserve, LP, d/b/a Golden Living Center–Western Re-
serve; GGNSC Holdings, LLC; GGNSC Equity Holdings, LLC;
GGNSC Administrative Services, LLC; GGNSC Clinical Ser-
vices, LLC; Golden Gate Ancillary LLC; GPH Erie Western
Reserve LLC; GGNSC Erie Western Reserve GP LLC; Eliza-
beth Kachel, Nha; Denise Curry, RVP; Millcreek Community
Hospital; Millcreek Health System

Petition of: Golden Gate National Senior Care, LLC; GGNSC
Erie Western Reserve, LP, d/b/a Golden Living Center–Western
Reserve; GGNSC Holdings, LLC; GGNSC Equity Holdings,
LLC; GGNSC Administrative Services, LLC; GGNSC Clinical
Services, LLC; Golden Gate Ancillary LLC; GPH Erie Western
Reserve LLC; GGNSC Erie Western Reserve GP LLC; Eliza-
beth Kachel, Nha; Denise Curry, RVP

No. 250 WAL 2016

Supreme Court of Pennsylvania.

November 17, 2016

## ORDER

PER CURIAM

AND NOW, this 17th day of November, 2016, the Petition
for Allowance of Appeal is GRANTED. The Superior Court's
order is VACATED. This matter is REMANDED for pro-
ceedings consistent with the decision in *Taylor v. Extendicare
Health Facilities, Inc.*, 637 Pa. 163, 147 A.3d 490, 2016 WL
5630669 (2016).